UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:25-cv-00723-MRA-SP | Date | August 12, 2025 |
|---|---|---|---|
| Title | *Daniel Antonio Garcia Diaz v. Joseph M. Hackbarth* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: LACK OF PROSECUTION**

On June 10, 2025, *pro se* Plaintiff Daniel Antonio Garcia Diaz filed a request for an extension of time to file an amended complaint and proof of service. ECF 9. On June 20, 2025, the Court granted the request, giving Plaintiff 30 days from the date of the Order to file an amended pleading. ECF 10. The 30-day deadline has expired, and Plaintiff has taken no action.

Accordingly, Plaintiff is **ORDERED to SHOW CAUSE within 10 days** of this Order why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's orders and failure to prosecute this case. Failure to comply with this Order will result in dismissal.

**IT IS SO ORDERED.**

| | - : - |
|---|---|
| Initials of Deputy Clerk | mku |