UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 5:25-cv-00723-MRA-SP | Date | January 28, 2026 |
|---|---|---|---|
| Title | *Daniel Antonio Garcia Diaz v. Joseph M. Hackbarth et al.* | | |

Present: The Honorable    MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION**

Plaintiff Daniel Antonio Garcia Diaz ("Plaintiff") filed this action *pro se* against Joseph M. Hackbarth and United States Citizenship and Immigration Services (collectively, "Defendants") on March 16, 2025. ECF 1. On June 10, 2025, Plaintiff requested an extension of time to amend his Complaint, which the Court granted. ECF 9, 10. Plaintiff did not file his amended complaint by the new deadline.

On August 12, 2025, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. ECF 11. On August 22, 2025, Plaintiff filed his Amended Complaint. ECF 12. Plaintiff, however, did not serve Defendants with the Amended Complaint. As a result, on December 4, 2025, the Court once again ordered Plaintiff to show cause in writing why the action should not be dismissed for lack of prosecution. ECF 13. On December 15, 2025, Plaintiff responded, requesting an extension due to a familial health emergency. ECF 14. The Court granted the extension and required that Plaintiff substantively respond to the Order to Show Cause by January 16, 2026. ECF 15. Plaintiff did not file a response by that deadline, and Plaintiff did not file proofs of service or otherwise explain why service has not yet been completed.

Accordingly, the Court **ORDERS** that this action be dismissed **without prejudice** for lack of prosecution and for failure to comply with orders of the Court. *See* Fed. R. Civ. Pro. 41(b); L.R. 41-1; *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) (recognizing "inherent power" of district court to dismiss sua sponte for lack of prosecution). The Court's Order to Show Cause (ECF 13, 15) is hereby **DISCHARGED.**

**IT IS SO ORDERED.**

- : -

Initials of Deputy Clerk    mku